United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANDREA MARIA LOPEZ FLORES, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-07830 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| BRET BRADFORD, *et al*, | § | |
| Respondents. | § | |

## ORDER

Petitioner Andrea Maria Lopez Flores filed a petition for writ of *habeas corpus* under 28 USC §2241 on September 16, 2026. Dkt 1. She alleges lawful entry into the United States at a prior date and asserts that her current detention violates the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment. Id at ¶¶67–118.

She alleges that she (i) is a lawful permanent resident, (ii) was detained upon return from a trip to El Salvador on August 24, 2026, and (iii) the Government recategorized her as an alien seeking admission. Id at ¶1, 36–37. She disputes her recategorization. Id at ¶¶2–3.

The Government filed a motion for summary judgment regarding the propriety of Petitioner's continued detention. Dkt 8. It states that, although Petitioner was seventeen at the time of the offense, she "was tried and convicted as an adult." Id at 3.

Petitioner on reply maintains that §1182(a)(2)(A)(ii)(I) instead governs her recategorization, and that disposition of such matter is currently pending before the Immigration Court. Dkt 9 at 11–15.

Respondents are ORDERED to make a further filing with information that establishes the propriety of Petitioner's continued detention. Such filing must be made by October 16, 2026, absent extension.

Petitioner may file any reply by October 23, 2026.

Hearing will be set if determined necessary after briefing closes.

It is ORDERED that the Clerk will email this order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on October 9, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge